IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,   No. C 08-80155 MISC CW

        Plaintiff,   ORDER RETURNING COMPLAINT TO PLAINTIFF

  v.

MARC MARTIN, et al.,

        Defendants.
_____/

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

(1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

(2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

(3) a court order for the defendants to be subjected to a lie detector test;

(4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

1 allegations and claims for relief."

2     The Court has reviewed the instant complaint, C 07-80128M, and
3 finds that it alleges that Defendants have kidnapped and hijacked
4 Plaintiff.  Because this complaint concerns one of the matters
5 mentioned in the pre-filing order, the Clerk of the Court is
6 ordered not to file it.  Instead, the complaint shall be returned
7 to Plaintiff.

8     IT IS SO ORDERED.

9 Dated: 9/10/08

                                                                          _____
10                                                                           CLAUDIA WILKEN
                                                                          United States District Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: JEROME L GRIMES,

        Plaintiff,

v.

MARC MARTIN,

        Defendant.

Case Number: CV08-80155 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: September 10, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk